UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON LEE SUTTON,

    Plaintiff,

v.

PIERCE COUNTY SHERIFF, *et al.*,

    Defendants.

Case No. C07-5505 BHS/KLS

ORDER DIRECTING FILING OF AMENDED COMPLAINT

This matter comes before the Court on the submission of a civil rights complaint, signed by eight individuals detained at the Pierce County Jail in Tacoma, Washington. The Court Clerk has received application to proceed *in forma pauperis* from only one of these individuals, Jason Lee Sutton, who purports to act as class representative. The various plaintiffs have named various employees of the Pierce County jail and complain of numerous violations including punishments without trial, deliberate indifference to conditions of confinement, excessive force, unprovoked attacks by corrections officers, and unsanitary living conditions. (Dkt. # 6, p. 5).

Having reviewed the record, the Complaint, Declarations of Plaintiffs Puapuaga, Larance and Cudini (Dkt. # 3, 4, 5), and the application to proceed *in forma pauperis*, the Court ORDERS as follows:

(1) Due to the factually specific nature of the claims raised in this matter, each of the Plaintiffs (Jason Lee Sutton, Orlando Lee Pouncy, Jesie Puapuaga, Allen V. Maae, Jeremy Lynn

ORDER - 1

Larance, Dante Cudini, Michael A. Hopkins, and Arasb Nouri Mazandarani), must file separate complaints under separate cause numbers. The above cause number shall be assigned to Jason Lee Sutton, who is the first person who signed the complaint filed under this cause number and who is the only person who submitted an application to proceed *in forma pauperis*. If the remaining individuals wish to file their complaints and have the Court consider *in forma pauperis* applications on their behalf, they must submit them on an individual basis.

(2) As noted above, the Court will allow only Plaintiff Jason Lee Sutton to proceed under this cause number with his specific claims. However, it is unclear from the proposed complaint which of the claims applies to him. Therefore, Plaintiff is directed to amend his complaint to state only his claims against the individually named defendants alleging, if possible, facts that show how each of the named defendants personally participated in depriving Plaintiff of a right, privilege or immunity secured by the Constitution or the law.

Accordingly, the Court finds that the Complaint in this matter is deficient and that Plaintiff Jason Lee Sutton shall cure these deficiencies, if possible, by filing an **Amended Complaint no later than November 30, 2007.** If Plaintiff fails to cure these deficiencies, this Court will recommend dismissal of this matter as frivolous.

The Clerk is directed to send copies of this Order and the General Order to Plaintiff.

DATED this 19th day of October, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2