1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON LEE SUTTON,

    Plaintiff,

  v.

PIERCE COUNTY SHERIFF, *et al.*,

    Defendants.

Case No. C07-5505 BHS/KLS

ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE COPIES AND SERVICE FORMS FOR SERVICE OF PLAINTIFF'S AMENDED COMPLAINT

The Court has reviewed Plaintiff's proposed Amended Complaint (Dkt. # 13) and finds it acceptable. Plaintiff is now directed to supply service copies and supply the necessary information so that the Court may direct the United States Marshall to serve the Amended Complaint and summons upon the Defendants.

Accordingly, it is **ORDERED:**

(1)    The Clerk of the Court is directed to send service forms to Plaintiff;

(2)    Plaintiff is directed to fill out the forms with complete addresses for the Defendants and return the forms with service copies of the Amended Complaint so that the U.S. Marshal may attempt service by mail upon the named Defendants. These documents must be returned on or before **December 21, 2007,** or the Court will recommend dismissal of this action for failure to prosecute.

ORDER
Page - 1

DATED this 27th day of November, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge