UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON LEE SUTTON,<br><br>    Plaintiff,<br><br>    v.<br><br>PIERCE COUNTY SHERIFF, *et al.*,<br><br>    Defendants. | Case No. C07-5505 BHS/KLS<br><br>ORDER DENYING MOTION FOR PERSONAL SERVICE |

Before the court is Plaintiff's motion to have the U.S. Marshal service effect personal service on the Defendants. (Dkt. # 41). Plaintiff states that he is unsure which of the Defendants has filed a waiver of service. Since the filing of Plaintiff's motion most, if not all of the Defendants have filed waivers of service. (Dkt. # 42).

Accordingly, it is **ORDERED:**

(1) The Clerk of the Court is directed to send a courtesy copy of the Docket Sheet to Plaintiff; and

(2) Plaintiff's motion for personal service (Dkt. # 41) is **DENIED.**

DATED this  25th  day of July, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1