UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON LEE SUTTON,

    Plaintiff,

    v.

PIERCE COUNTY SHERIFF, et al.,

    Defendants.

Case No. C07-5505BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 56). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1)    The Court adopts the Report and Recommendation; and

(2)    This action is **DISMISSED**.

DATED this 29th day of September, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER