# United States District Court

WESTERN DISTRICT OF WASHINGTON

JASON LEE SUTTON

        v.

PIERCE COUNTY SHERIFF, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5505BHS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED**.

   September 30, 2008                                     BRUCE RIFKIN
Date                                                                            Clerk

                                                                             *s/CM Gonzalez*
                                                                             Deputy Clerk